UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANNE MARIE LANDIN,

       Plaintiff,

                                         **RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

-vs-

VIKING COLLECTION SERVICE, INC.,          07 CV 0659

       Defendant.
_____

       IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice.  Each party hereto to bear its own costs and attorneys' fees.

Dated:  Buffalo, New York
         April 29, 2008

LAW OFFICE OF KENNETH HILLER


By:   /s/Kenneth R.  Hiller, Esq.
       Kenneth R. Hiller, Esq.
       Amanda R. Jordan, Esq.
       Attorneys for Plaintiff
       6000 North Bailey Avenue, Suite 1A
       Amherst, New York  14226
       Telephone No. (716) 564-3288

PHILLIPS LYTLE LLP

By: /s/ Andrew J. Wells, Esq.
    Preston L. Zarlock, Esq.
    Andrew J. Wells, Esq.
    Attorneys for Defendant
    Suite 3400
    One HSBC Center
    Buffalo, New York   14203-2887
    Telephone No. (716) 847-8400

Doc # 01-2213696.1