UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANN MARIE LANDIN.

                     Plaintiff,
v.                                                **ORDER**
                                                       07-CV-659S

VIKING COLLECTION SERVICE, INC.,

                     Defendant.

This Court having been advised by that the above-captioned case has been settled.

IT HEREBY IS ORDERED that this case is DISMISSED.

FURTHER, the parties are directed to file with the Clerk of the Court a stipulation of discontinuance on or before July 3, 2008.

SO ORDERED.

Dated:  June 3, 2008
            Buffalo, New York

                                                  /s/William M. Skretny
                                                WILLIAM M. SKRETNY
                                           United States District Judge